UNCLAIMED FUNDS

#60547
FILED
2010 MAR -9 AM 11:08
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

MARCH 8, 2010

04-64074   THOMAS WAYNE THOMPSON
           KAREN J. THOMPSON
           CREDITOR DID NOT CASH CHECK
           CHECK #418510 FOR $3,789.75
           AUTO CREDIT OF MANSFIELD, INC
           1690 W FOURTH ST
           MANSFIELD, OH  44906

05-61921   ROBERT ALLEN SMITH
           DENISE ANN SMITH
           CREDITOR DID NOT CASH CHECK
           CHECK #418511 FOR $3.91
           CHARMING SHOPPES
           FIRST EXPRESS
           PO BOX 856021
           LOUISVILLE, KY  40285

06-61055   GINNA L DEIBLER
           CREDITOR DID NOT CASH CHECK
           CHECK #418512 FOR $148.44
           BANK OF NEW YORK
           3415 VISION DR
           COLUMBUS, OH  43219

0 . *
3,789.75+
3.91+
148.44+
3,942.10*